IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| KEVIN ANTONIO RUFF, | : | |
| Petitioner, | : | |
| v. | : | No. 5:13-CV-13 (CAR) |
| UNITED STATES OF AMERICA, | : | Proceedings under 28 U.S.C. § 2241 |
| Defendant. | : | |

## ORDER ON RECOMMENDATION

Before the Court is United States Magistrate Judge Charles Weigle's Recommendation [Doc. 12] to dismiss Petitioner Kevin Antonio Ruff's Petition for Writ of Habeas of Corpus for lack of jurisdiction. Petitioner must file his petition in the district court where she is incarcerated in Arkansas, not in this Court. Petitioner has not entered an objection to the Recommendation. Upon review of the record in this case, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation [Doc. 12] is hereby **ADOPTED** and made the Order of the Court, and Petitioner's Petition [Doc. 1] is **DISMISSED**.

1

**SO ORDERED,** this 17th day of July, 2013.

<u>S/ C. Ashley Royal</u>
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH